MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRIAN G. MAXEY
*Assistant Corporation Counsel*
Tel: (212) 788-0987
Fax: (212) 788-9776

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2007

July 30, 2007

*July 31, 2007*
**Application GRANTED**
**SO Ordered**
/s/ Paul Crotty
USDJ

BY FAX
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-6304

Re: Victor Benitez v. City of New York, et al., 07 CV 4814 (PAC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York.

On June 26, 2007, I attempted to fax a letter request for enlargement of time to answer to your attention, and to plaintiff's counsel. Apparently, while the fax to plaintiff's counsel was successful, my letter request did not go through to chambers.

Attached, please find my original request for enlargement of time to answer in the above captioned matter. Defendant City respectfully requests that your honor grant the enlargement of time to answer until August 24, 2007, as outlined in the June 26, 2007, letter.

Thank you for your consideration.

Respectfully submitted,

Brian G. Maxey (BM 0451)

**MEMO ENDORSED**

BY FAX
Matthew Flamm, Esq.
(718) 522-2026

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRIAN G. MAXEY
*Assistant Corporation Counsel*
Tel: (212) 788-0987
Fax: (212) 788-9776

June 26, 2007

**BY FAX**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-6304

Re: Victor Benitez v. City of New York, et al., 07 CV 4814 (PAC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiff's counsel, Matthew Flamm, Esq., to request a sixty-day enlargement of time, from June 26, 2007 to August 24, 2007, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The plaintiff alleges, *inter alia*, that he was subjected to excessive force in violation of his constitutional rights under the Eighth and Fourteenth Amendments. Plaintiff also alleges state law claims including assault, battery, and conversion. In addition to the City of New York, plaintiff also names Correctional Captain Smith and Correction Officers Gaines and Santiago[1].

---

[1] Upon information and belief, none of the individually named defendants have been served in this matter. The defendants were named with fictitious first names as their true names are apparently unknown to plaintiff. Defendants will provide the names and addresses of the individually named officers to plaintiff as soon as they are available.

Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and forward to plaintiff for execution authorizations for the release of the underlying arrest and prosecution records, which may have been sealed pursuant to NYCPL § 160.50. Without the underlying records, the defendants cannot properly assess this case or respond to the complaint. Accordingly, the enlargement of time will afford us the opportunity to investigate the matter and to secure the relevant documents.

This additional time should allow plaintiff to serve the individual defendants. Thereafter, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendant. The officers must then decide whether he wishes to be represented by this office. If so, we must obtain his written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until August 24, 2007.

Thank you for your consideration in this regard.

Respectfully submitted,

Brian G. Maxey (BM 0451)

BY FAX
Matthew Flamm, Esq.
Attorney for Plaintiff
(718) 522-2026

## \*\* Transmit Confirmation Report \*\*

P.1                                                                   Jun 26 2007 03:27pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 12128056304 | Normal | 26,03:27pm | 0'00" | 0 | D.0.7 | |
| ↑ No response. | | | Check condition of remote fax. | | | |

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007
FACSIMILE TRANSMISSION

TO:  Honorable Paul A. Crotty          FROM:  Brian G. Maxey, Esq.
     United States District Judge              Special Federal Litigation Division
     Southern District of New York             (212) 788-0987
     500 Pearl Street                          fax: (212) 788-9776
     New York, New York 10007                  bmaxey@law.nyc.gov
     (212) 805-6304

FAX #:  (212) 805-6304                  DATE:  June 26, 2007

You should receive 3 pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you

Message

CC.

BY FAX
Matthew Flamm, Esq.
Attorney for Plaintiff
(718) 522-2026

## ** Transmit Confirmation Report **

P.1                                                    Jun 26 2007 03:24pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 917185222026 | Normal | 26.03:23pm | 0'35" | 3 | # O K | |



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

FACSIMILE TRANSMISSION

TO:  Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-6304

FROM:  Brian G. Maxey, Esq.
Special Federal Litigation Division
(212) 788-0987
fax: (212) 788-9776
bmaxey@law.nyc.gov

FAX #:  (212) 805-6304

DATE:  June 26, 2007

You should receive 3 pages, including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

Message:

CC:

BY FAX
Matthew Flamm, Esq.
Attorney for Plaintiff
(718) 522-2026