```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VICTOR BENITEZ,

                        Plaintiff,

      - against -

THE CITY OF NEW YORK, JEROME RICE,
ALLEN GAINES and LYDIA SANTIAGO,

                        Defendants.
------------------------------------------------------------x

STIPULATION/ORDER ALLOWING
PLAINTIFF TO FILE A FIRST
AMENDED COMPLAINT
07 CV 4814 (PAC)

       IT IS HEREBY AGREED by and between the undersigned, attorneys for all parties appearing, that plaintiff may file a First Amended Complaint ~~in the form annexed hereto as Exhibit 1.~~ PAC

Dated: September 28, 2007

_____
Matthew Flamm MF1309
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, New York 11242
(718) 797-3117

Michael Cardozo
  Corporation Counsel of the City of New York
  Attorney for Defendants

_____
By: Brian Maxey BM0454
100 Church Street
New York, New York 10007
(212) 788-0897

So Ordered 10/9/07
_____